# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES EARL THOMAS, AIS # 130259, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 17-0371-WS-N |
| ERIC PETERSON, | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**DONE** this 25th day of October, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**